**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HARRY LEE WILSON,

        Plaintiff,

vs.                                            Case No. 3:15-cv-1011-J-34MCR

JORDAN J. ANSBACHER, Owner of
JSA Realty Holding, Inc.,

        Defendant.

_____/

**ORDER**

      **THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 9; "Report"), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on October 7, 2015. In the Report, Judge Richardson recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) be denied and the case dismissed without prejudice for lack of jurisdiction and failure to state a claim. See Report at 3. On October 16, 2015, Plaintiff filed two notices, which this Court construes together as objections to the Report. See Notice of Appeal, Notice of Amended Notarized Application, and Notice of Filing Amended Complaint (Doc. No. 10); Notice of Appeal (Doc. No. 11) (collectively "Objections").

      The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de

novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file, the Court will overrule the Objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1]

Accordingly, it is hereby

**ORDERED:**

1. The objections set forth in Plaintiff's Notice of Appeal, Notice of Amended Notarized Application, and Notice of Filing Amended Complaint (Doc. No. 10) and Notice of Appeal (Doc. No. 11) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Doc. No. 9) is **ADOPTED** as the opinion of the Court.

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is **DENIED**.

---

[1] In doing so, the Court notes that it has considered whether the Notice of Appeal, Notice of Amended Notarized Application, and Notice of Filing Amended Complaint would cure the Plaintiff's pleading deficiencies. Having determined that Plaintiff has not done so, the Court concludes that this action is due to be dismissed.

    4.    This case is **DISMISSED without prejudice** for lack of jurisdiction and failure to state a claim on which relief may be granted.

    5.    The Clerk of the Court is **DIRECTED** to terminate all deadlines and motions as moot, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of October, 2015.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record